UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DASH BPO, LLC )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GREG E. LINDBERG, and GLOBAL )<br>CREDIT & COLLECTION )<br>CORPORATION, *d/b/a Affinity Global* )<br>        Defendants. ) | **JUDGMENT**<br><br>No. 5:20-CV-625-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 11, 2022, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on January 11, 2022, and Copies To:**
John R. Buric / Jon Paul Carroll (via CM/ECF Notice of Electronic Filing)
Aaron Zachary Tobin / Matthew W. Krueger-Andes / Matthew Nis Leerberg (via CM/ECF Notice of Electronic Filing)

January 11, 2022                      PETER A. MOORE, JR., CLERK

                                                /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk